# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICKY TOWNSEND,**<br><br>            Plaintiff,<br><br>      v.<br><br>L.A. COUNTY SHERIFFS,<br>SHERIFF OFFICER KANG (individual & official capac.),<br>OFFICER MARTINEZ (individual & official capacities),<br>OFFICER DEBOAN (individual & official capacities),<br>SHERIFF MONTAVAL (individual & official capac.),<br>VINCE (staff worker at jail, individual & official capac.),<br>GENA (staff worker at jail, individual & official capac.),<br><br>            Defendants. | No. LA CV 16-01459-VBF-JPR<br><br>**FINAL JUDGMENT** |

Pursuant to this Court's contemporaneously issued Order Dismissing the Action With Prejudice Due to Plaintiff's Lack of Prosecution and Failure to Follow Court Orders, Directing the Entry of Separate Final Judgment; and Terminating and Closing the Case, **final judgment is hereby entered in favor of all the defendants, both in their official capacities and in their personal/individual capacities, and against plaintiff Ricky Townsend.**

DATED:  Tuesday, September 20, 2016

                                                                                  /s/ Valerie Baker Fairbank
                                                                                  _____
                                                                                  VALERIE BAKER FAIRBANK
                                                                                  UNITED STATES DISTRICT JUDGE